UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
UNITED STATES,

                Plaintiff,        08 Civ. 7936 (JGK)

     - against -           ORDER

ESTATE OF MARTIN J. MACHAT, et al.,

                Defendants.
―――――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    The time for service under Federal Rule of Civil Procedure 4(m) with respect to all defendants is extended until **May 29, 2009.**

SO ORDERED.

Dated:    New York, New York
          March 6, 2009

                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09